CHERYL L. SCHRECK, SBN 130083
cschreck@fisherphillips.com
JOEL MOON, SBN 290470
jmoon@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Anthony C. White (SBN 0062146)
*Admitted Pro Hac Vice*
Tony.White@ThompsonHine.com
J. Timothy McDonald (SBN 489420)
*Admitted Pro Hac Vice*
Tim.McDonald@ThompsonHine.com
THOMPSON HINE, LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215
Telephone: (614) 469-3200
Facsimile: (614) 469-3361

Attorneys for Defendant
R&L CARRIERS SHARED SERVICES, L.L.C.
(Additional Counsel on Following Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RUBALCABA, individually, and on behalf of other members of the general public similarly situated; <br><br> Plaintiff, <br><br> v. <br><br> R&L CARRIERS SHARED SERVICES, LLC, an Ohio limited liability company; and DOES 1 through 100, inclusive, <br><br> Defendant. | Case No:  4:23-cv-06581-HSG <br><br> **STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT TO JUNE 4, 2024** <br><br> Complaint Filed: October 6, 2023 <br> FAC Filed:       January 18, 2024 <br> SAC Filed:       May 14, 2024 |

Case No. 4:23-cv-06581-HSG
STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE A RESPONSIVE
PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT TO JUNE 4, 2024

FP 50673618.2

1  Jacob Karczewski (SBN 268295)
   Melissa R. Rinehart (SBN 331315)
2  Anush Minasyan (SBN 352027)
   LAWYERS for JUSTICE, PC
3  410 West Arden Avenue, Suite 203
   Glendale, California 91203
4  Telephone: (818) 265-1020
   Facsimile: (818) 265-1021
5
   Attorneys for Plaintiff
6  JOSEPH RUBALCABA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:23-cv-06581-HSG
STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE A RESPONSIVE
PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT TO JUNE 4, 2024

FP 50673618.2

1   It is hereby stipulated by and between Plaintiff Joseph Rubalcaba ("Plaintiff") and

2   Defendant R&L Carriers Shared Services, L.L.C. ("Defendant"), by and through their respective

3   counsel of record, that Defendant's deadline of May 28, 2024, to file a responsive pleading to

4   Plaintiff's Second Amended Complaint is hereby extended to and including June 4, 2024.

5   **IT IS SO STIPULATED.**

6

7   Dated:  May 16, 2024                        Respectfully submitted,

8                                               **LAWYERS for JUSTICE, PC**

9
                                                */s/ Jacob Karczewski*
10                                              Jacob Karczewski
                                                Attorneys for Plaintiff
11                                              JOSEPH RUBALCABA

12

13                                              Respectfully submitted,

14                                              **FISHER & PHILLIPS LLP**

15
                                         By: */s/ Cheryl L. Schreck*
16                                              Cheryl L. Schreck
                                                Attorneys for Defendant
17                                              R&L CARRIERS SHARED SERVICES, L.L.C.

18

19                                              Respectfully submitted,

20                                              **THOMPSON HINE, LLP**

21

22                                       By: */s/Anthony C. White*
                                                Anthony C. White
23                                              J. Timothy McDonald
                                                Attorneys for Defendant
24                                              R&L CARRIERS SHARED SERVICES, L.L.C.

25

26

27

28
                                                1                    Case No. 4:23-cv-06581-HSG
        STIPULATION   AND   ORDER   EXTENDING   DEFENDANT'S   DEADLINE   TO   FILE   A
        RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT TO JUNE 4, 2024

FP 50673618.2

1

**ORDER**

2

After having considered the Stipulation of the parties, it is hereby **ORDERED** that

3

Defendant R+L Carriers Shared Services, L.L.C.'s deadline to file its responsive pleading to

4

Plaintiff's Second Amended Complaint is extended from May 28, 2024, to and including June 4,

5

2024.

6

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

7

8

Dated:     5/17/2024

Honorable Haywood S. Gilliam, Jr.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO FILE A
RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT TO JUNE 4, 2024

FP 50673618.2