# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RUBALCABA, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>R&L CARRIERS SHARED SERVICES, LLC., an Ohio limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 4:23-CV-06581-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER DENYING JOINT STIPULATION TO INFORMALLY STAY CASE, LITIGATION DATES AND DISCOVERY PENDING MEDIATION**<br><br>*[Joint Stipulation to Informally Stay Case, Litigation Dates and Discovery Pending Mediation filed concurrently herewith]*<br><br>Class Action Filed: October 6, 2023<br>FAC Filed: January 18, 2024<br>SAC Filed: May 14, 2024<br>Trial Date: None Set |

**ORDER**

**GOOD CAUSE APPEARING**, the Court having reviewed this Joint Stipulation to Informally Stay Case, Litigation Dates, and Discovery Pending Mediation orders as follows:

1. The Parties' Joint Stipulation is DENIED.

2. A case management conference is set for December 17, 2024 via a Zoom webinar at 2 p.m. The Zoom information is: https://canduscourts.zoomgov.com/j/1607976056?pwd=aW5IeE14UkJRbkdPTGJFWFUrRG1Cdz09 Webinar ID: 160 797 6056/Passcode: 129759. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check-in with the CRD.

**IT IS SO ORDERED.**

DATED: 12/13/2024

Judge of the U.S. DISCTRICT COURT
Honorable Haywood S. Gilliam, Jr.

1

**ORDER GRANTING JOINT STIPULATION TO INFORMALLY STAY CASE, LITIGATION DATES AND DISCOVERY PENDING MEDIATION**
CASE NO.: 4:23-CV-06581-HSG