UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH RUBALCABA,

    Plaintiff,

v.

R&L CARRIERS SHARED SERVICES, L.L.C.,

    Defendant.

Case No. 23-cv-06581-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Granting Defendant's Motion to Dismiss without Leave to Amend,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 6th day of March, 2025.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.